# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Marcus Rivers | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:19-cv-807-DCC |
| Darlene Tyler and Tracey Brododax | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed with prejudice for failure to state a claim without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   May 30, 2019                               *CLERK OF COURT*

                                                                                    s/Debbie Stokes
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*